THOMAS SHAW, Respondent, *v.* THE TABERNACLE BAPTIST CHURCH, Appellant.

APPEAL from judgment in favor of plaintiff.

*R. M. Williams,* for appellant.

*Thornall S. Pierce,* for respondent.

FITZSIMONS, J. As it appears to us, only questions of fact were involved in this action.

All of them were properly submitted to the jury, and duly passed upon by them adversely to the defendant.

No meritorious question of law is presented by the appeal book in our opinion. The judgment is, therefore, affirmed, with costs.

VAN WYCK, Ch. J., and McCARTHY, J., concur. Judgment affirmed, with costs.